UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 19 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JULIO HERNANDEZ<br><br>　　　　　　　Defendant. | CASE NO. 15-CR-00145-GPC<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

　　21:952, 960 - Importation of Methamphetamine and Heroin(1-2)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/19/15

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　William V. Gallo
　　　　　　　　　　　　　　　　U.S. Magistrate Judge